FILED
CLERK, U.S. DISTRICT COURT

MAY 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; AND TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | CASE NO.: CV11-05081 RGK (AGRx) ASSIGNED TO THE HONORABLE R. GARY KLAUSNER [PROPOSED] JUDGMENT |

Plaintiffs,

v.

MJ PLUMBING, INC., a California corporation; JOSEPH MICHAEL CRAWFORD, an individual,

Defendants.

1

1       This action having been commenced on June 17, 2011, and the Court having

2 approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the

3 Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against

4 defendants MJ Plumbing, Inc. and Joseph Michael Crawford, and for good cause

5 shown,

6       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

7       Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare

8 Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving

9 Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement

10 Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution

11 Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday

12 Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund,

13 Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the

14 Plumbers and Pipefitters National Pension Fund, and Trustees of the International

15 Training shall recover from defendants MJ Plumbing, Inc. and Joseph Michael

16 Crawford, jointly and severally, the principal amount of $5,432.54, together with post-

17 judgment interest thereon at a rate of eight percent (8%) per annum from the date of

18 entry of judgment until paid in full.

19

20 DATED: **MAY 3 1 2013** _____

21                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**[PROPOSED] JUDGMENT**

436751